ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 2 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| DIEP LE<br>*Plaintiff*,<br>v.<br><br>ALLSTATE INDEMNITY COMPANY AND<br>GARY R. MCBAY,<br>*Defendants*. | § § § § § § § § |

CIVIL ACTION NO. 4:17-cv-388-A

## JOINT NOTICE OF SETTLEMENT

PlaintiffDiep Le and Defendants Allstate Indemnity Company and Gary R. McBay file this Joint Notice of Settlement. The parties have agreed to a settlement and are working to memorialize the agreement. The parties request that the Court conditionally dismiss the case pending finalization of the settlement.

PlaintiffDiep Lefiles this Notice with the consent of Defendants Allstate Indemnity Company and Gary R. McBay undersigned counsel.

Respectfully submitted,

/s/ Matthew J. Worrall
**Matthew J. Worrall**
SBN: 24070883
FBN: 2148714
WORRALL LAW GROUP, PLLC
1770 Saint James Place, Suite 100
Houston, Texas 77056
Telephone (713) 396-5111
Facsimile (713) 583-3411
Emails: mworrall@worralllaw.com

**ATTORNEY FOR PLAINTIFF**

_/s/ David G. Allen_
David G. Allen
SBN: 00786972
STACY CONDER ALLEN LLP
901 Main Street, Suite 6200
Dallas, Texas 75202
allen@stacyconder.com
Telephone(214) 748-5000
Facsimile: (214) 748-1421

ATTORNEY FOR DEFENDANTS
ALLSTATE INDEMNITY COMPANY AND
GARY R. MCBAY