Case 4:17-cv-00388-A   Document 14   Filed 06/13/17

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

JUN 13 2017

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

### MINUTE ORDER - TELEPHONE CONFERENCE

JUDGE: McBryde
LAW CLERK: Bryan Hollmann
COURT REPORTER: Debbie Saenz

---

Case No.: 4:17-CV-388-A
Diep Le v. Allstate Indemnity Company and Gary R. McBay

Date Held: June 13, 2017     Time: 10:26 a.m. - 10:28 a.m. (2 minutes)

---

Counsel for plaintiff:     Matthew Worrall

Counsel for defendants:    David Allen

================================================================

Telephone conference re: Joint Notice of Settlement

The court dismissed the action with prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same.

Order to follow.

Conference concluded.