Case 4:17-cv-00388-A   Document 15   Filed 06/13/17   Page 1 of 1   PageID 32

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
JUN 13 2017
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DIEP LE, | § |
| Plaintiff, | § |
| VS. | § NO. 4:17-CV-388-A |
| ALLSTATE INDEMNITY COMPANY, ET AL., | § |
| Defendants. | § |

### FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference/hearing conducted in the above-captioned action on the date of the signing of this final judgment, with counsel for plaintiff, Diep Le, and counsel for defendants, Allstate Indemnity Company and Gary R. McBay, on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff against defendants be, and are hereby, dismissed with prejudice, with each party to bear all attorney's fees and costs incurred by that party.

SIGNED June 13, 2017.

_____
JOHN McBRYDE
United States District Judge